UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:16-CR-12-8-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | ORDER TO SEAL |
| | ) | |
| CLEVELAND MCNAIR, | ) | |
| Defendant. | ) | |

Upon motion of the Defendant, it is hereby ORDERED that Docket Entry Number 396 and its accompanying Order in the above-captioned case be sealed by the Clerk.

It is FURTHER ORDERED that the Clerk provide copies of the filed sealed documents to the United States Attorney and Defendant's attorney.

IT IS SO ORDERED.

This the \_\_11\_\_ day of \_\_October\_\_, 2017.

JAMES C. DEVER III
CHIEF UNITED STATES DISTRICT JUDGE